AMORÓS *v.* LA CORTE DE DISTRITO DE GUAYAMA ET AL.

SOLICITUD para que se expida un mandamiento inhibitorio.

No. 6.—Resuelto en febrero 5, 1907.

JURISDICCIÓN—CASOS EN QUE EL DEMANDADO SEA ENTRANGERO—AUTO INHIBI
TORIO.—La circunstancia de que el demandado en una acción ó procedimiento

entablado en una Corte inferior, sea extrangero, y pueda por esta razón solicitar el traslado del pleito á la Corte de Distrito de los Estados Unidos, no le da derecho para negar la jurisdicción de la Corte Insular y obtener contra esta un auto inhibitorio, pues aun en el caso de que el traslado sea procedente, la Corte Insular tiene jurisdicción, aunque no sea exclusiva.

Abogado del peticionario: *Sr. López Landrón.*

### RESOLUCIÓN DEL TRIBUNAL.

*Considerando:* que el hecho alegado por el peticionario Don Mateo Amorós, que es uno de los demandados en el pleito iniciado ante la Corte de Distrito de Guayama, de ser aquél español, no le da derecho para negar la jurisdicción de dicha corte, pues en el supuesto que no discutimos, de que le asistiera razón para pedir que su causa fuese trasladada á la Corte Federal, no por eso puede sostenerse que carezca de ella la Corte de Guayama, aunque su jurisdicción no sea exclusiva.

No há lugar á dictar el auto inhibitorio solicitado.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, MacLeary y Wolf.